Form 148 – ntcdsmcs

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
401 Market Street
Camden, NJ 08102

          Case No.:  18−25577−ABA
          Chapter:  13
          Judge:  Andrew B. Altenburg Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Gregory Kemp
   913 Easy St
   Millville, NJ 08332

Social Security No.:
   xxx−xx−0482

Employer's Tax I.D. No.:

## NOTICE OF ORDER DISMISSING CASE

   NOTICE IS HEREBY GIVEN that an Order Dismissing the above captioned Case was entered on 1/10/19.

   Any discharge which was granted in this case is vacated. All outstanding fees to the Court incurred by the dismissed debtor(s) are due and owing and must be paid within five (5) days from the date of this Order.

Dated: January 10, 2019
JAN: ml

                                                            Jeanne Naughton
                                                            Clerk

United States Bankruptcy Court
District of New Jersey

In re:                                                                 Case No. 18-25577-ABA
Gregory Kemp                                                           Chapter 13
        Debtor

## CERTIFICATE OF NOTICE

District/off: 0312-1          User: admin              Page 1 of 2          Date Rcvd: Jan 10, 2019
                              Form ID: 148             Total Noticed: 16

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jan 12, 2019.
db            +Gregory Kemp,    913 Easy St,    Millville, NJ 08332-1587
517699695      Office of Attorney General,    25 Market Street, PO Box 112,    Richard J Hughes Justice Complex,
                Trenton, NJ 08625-0112
517683053      SLS Mortgage,    P.O. Box 636005,    Littleton, CA 80163-6005
517699704    ++STATE OF NEW JERSEY,    DIVISION OF TAXATION BANKRUPTCY UNIT,    PO BOX 245,
                TRENTON NJ 08646-0245
              (address filed with court:  State Of New Jersey,    P.O. Box 245,    Dept Of Treasury-Division Of,
                Taxation,   Trenton, NJ 08695-0245)
517712561     +The Bank of New York Mellon,    Kevin G. McDonald, Esquire,    216 Haddon Avenue, Ste. 406,
                Westmont, NJ 08108-2812
517725957     +The Bank of New York Mellon Trustee (See 410),    c/o Specialized Loan Servicing LLC,
                8742 Lucent Blvd, Suite 300,    Highlands Ranch, Colorado 80129-2386
517812581     +Wells Fargo Bank N.A., d/b/a Wells Fargo Auto,    PO Box 130000,    Releigh NC 27605-1000
517809397      Wells Fargo Bank N.A., d/b/a Wells Fargo Auto,    PO Box 19657,    Irvine, CA 92623-9657
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg            E-mail/Text: usanj.njbankr@usdoj.gov Jan 11 2019 00:56:08     U.S. Attorney,    970 Broad St.,
                Room 502,   Rodino Federal Bldg.,   Newark, NJ 07102-2534
smg           +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Jan 11 2019 00:56:07     United States Trustee,
                Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,   Suite 2100,
                Newark, NJ 07102-5235
517683051      E-mail/Text: bankruptcy@consumerportfolio.com Jan 11 2019 00:56:21
                Consumer Portfolio Services, Inc,    PO Box 57071,   Irvine, CA 92619-7071
517683052     +EDI: AMINFOFP.COM Jan 11 2019 05:23:00      First Premier,    Suite 7,   900 West Delaware Street,
                Sioux Falls, SD 57104-0337
517699703      EDI: IRS.COM Jan 11 2019 05:23:00      Internal Revenue Service,    P.O. Box 744,
                Special Procedure Branch,   Springfield, NJ 07081
517784185     +EDI: MID8.COM Jan 11 2019 05:23:00      MIDLAND FUNDING LLC,    PO Box 2011,
                Warren, MI 48090-2011
517807432     +EDI: JEFFERSONCAP.COM Jan 11 2019 05:23:00      Premier Bankcard, Llc,
                Jefferson Capital Systems LLC Assignee,    Po Box 7999,    Saint Cloud Mn 56302-7999
517683054      EDI: WFFC.COM Jan 11 2019 05:23:00      Wells Fargo,    PO Box 60510,
                Los Angeles, CA 90060-0510
                                                                                              TOTAL: 8

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
517699702*      Internal Revenue Service,    Special Procedures,    PO Box 725,    Springfield, NJ 07081
517699694*     +Internal Revenue Service,    PO Box 7346,   Philadelphia, PA 19101-7346
517721187*     +The Bank of New York Mellon,    Kevin G. McDonald, Esquire,    216 Haddon Avenue, Ste. 406,
                 Westmont, NJ 08108-2812
                                                                                               TOTALS: 0, * 3, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 12, 2019                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on January 10, 2019 at the address(es) listed below:
              Denise E. Carlon    on behalf of Creditor    THE BANK OF NEW YORK MELLON et al ...
               dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com
              Isabel C. Balboa    on behalf of Trustee Isabel C. Balboa ecfmail@standingtrustee.com,
               summarymail@standingtrustee.com
              Isabel C. Balboa    ecfmail@standingtrustee.com, summarymail@standingtrustee.com

```
District/off: 0312-1          User: admin                Page 2 of 2                  Date Rcvd: Jan 10, 2019
                              Form ID: 148               Total Noticed: 16
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)
       Kevin Gordon McDonald    on behalf of Creditor    THE BANK OF NEW YORK MELLON et al ...
        kmcdonald@kmllawgroup.com,   bkgroup@kmllawgroup.com
       Seymour   Wasserstrum    on behalf of Debtor Gregory   Kemp mylawyer7@aol.com,   ecf@seymourlaw.net
       U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                    TOTAL: 6